# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SERAFINA ORTIZ and ROSA ROGEL, on behalf of themselves, and all other plaintiffs similarly situated, known and unknown. | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 16-cv-09951 |
| v. | )<br>) Honorable Judge Gary Feinerman |
| MIDWEST EXCHANGE ENTERPRISES, INC., ALEJANDRO CASILLAS, Individually, and NINA CASILLAS, Individually. | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Serafina Ortiz and Rosa Rogel, by their attorney, Defendants Midwest Exchange Enterprises, Inc., Alejandro Casillas, individually and Nina Casillas individually, by their attorney pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, state that the parties have agreed and stipulated to dismiss this action in its entirety *without* prejudice and without costs or attorneys' fees pursuant to settlement, except as otherwise provided for by the Parties' agreement. On July 20, 2018, absent a motion by any party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Date: February 23, 2018

Respectfully submitted,

*Electronically Filed 02/23/2018*

*Attorney for Plaintiffs*
s/John W. Billhorn

*Attorney for Defendants*
s/Gabriella Moretti (by permission)

John W. Billhorn
Billhorn Law Firm
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604

Gabriella Moretti
Ziccardi Law Offices
77 West Washington, Suite 705
Chicago, Illinois 60602